UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY KRICHER, o/b/o
CATHERINE KRICHER,

      Plaintiffs,

                                                                          Civil No.05-73929
                                                                        Hon. John Feikens

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 8/16/2006, and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                  **s/John Feikens**
                                                  John Feikens
                                                  United States District Judge

Dated: September 8, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 8, 2006.

s/Carol Cohron
Deputy Clerk

---